PROB 12B
(7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2014

SEAN F. McAVOY, CLERK

# United States District Court

## for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jason Robert Bird          Case Number: 0980 2:04CR00080-001

Name of Sentencing Judicial Officer:  The Honorable Fred L. Van Sickle

Date of Original Sentence: December 1, 2004          Type of Supervision: Supervised Release

Original Offense: Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 846          Date Supervision Commenced: March 20, 2013

Original Sentence: Prison - 120 M; TSR - 60 M          Date Supervision Expires: March 19, 2018

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17      You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

Per U.S. v. Stephens, request to modify drug testing conditions to limit testing to no more than 6 times per month.

Respectfully submitted,

by      s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer
Date:  May 1, 2014

Prob 12B
**Re: Bird, Jason Robert**
**May 1, 2014**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[✔]    The Modification of Conditions as Noted Above
[  ]    Other

_Fred Van Sickle_

Signature of Judicial Officer

5/7/14

Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17    You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.


Witness: _____          Signed: _____
               Helene Hickman                                    Jason Robert Bird
            U.S. Probation Officer                        Probationer or Supervised Releasee


                        5 - 5 - 14
                        _____
                                Date